**RUTAN & TUCKER, LLP**
Michael Adams (State Bar No. 185835)
madams@rutan.com
Damon Mircheff (State Bar No. 216257)
dmircheff@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendants
Enhanced Athlete, Inc. and
Scott E. Cavell

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED ATHLETE, INC., a Wyoming corporation, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02069-TLN-KJN<br><br>Hon. Troy L. Nunley<br><br>**STIPULATION AND ORDER RE SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT SCOTT E. CAVELL**<br><br>Action filed: 7/17/17 |

Whereas, plaintiff Nutrition Distribution, LLC, dba Athletic Xtreme ("Nutrition Distribution") and defendant Scott E. Cavell ("Cavell"), through their respective counsel, have stipulated that Nutrition Distribution's Complaint be deemed served on Cavell in his individual capacity as of the date of their stipulation, January 8, 2018;

/ / /

/ / /

/ / /

/ / /

1069/102170-0001
11856575.2 a01/11/18

-1-

Case No. 2:17-cv-01491-TLN-KJN
STIPULATION AND ORDER FOR
PLAINTIFF TO FILE FIRST AMENDED
COMPLAINT

///

Based on the foregoing, the Court ORDERS that Nutrition Distribution's Complaint and the summons in this action are deemed served on Cavell, in his individual capacity, on January 8, 2018, and that Cavell shall have 21 days therefrom to respond to the Complaint (i.e., up to and including January 29, 2018).

Dated: January 11, 2018

Troy L. Nunley
United States District Judge

Rutan & Tucker, LLP
attorneys at law

1069/102170-0001
11856575.2 a01/11/18

-2-

Case No. 2:17-cv-01491-TLN-KJN
ORDER FOR PLAINTIFF TO FILE FIRST
AMENDED COMPLAINT