| | |
|---|---|
| RUTAN & TUCKER, LLP<br>Michael D. Adams (SBN 185835)<br>madams@rutan.com<br>Damon D. Mircheff (SBN 216257)<br>dmircheff@rutan.com<br>Brian C. Berggren (SBN 279279)<br>bberggren@rutan.com<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, California 92626-1931<br>Telephone: 714-641-5100<br>Facsimile: 714-546-9035<br><br>Attorneys for Defendants<br>Enhanced Athlete, Inc. and<br>Scott Cavell | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED ATHLETE, INC., a Wyoming corporation; GILMORE ENGINEERING, INC., an unincorporated association; SCOTT E. CAVELL, an individual; CHARLES ANTHONY HUGHES, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02069-TLN-KJN<br><br>Hon. Troy L. Nunley<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS ENHANCED ATHLETE, INC. AND SCOTT CAVELL [LOCAL RULE 182(g)]**<br><br>Action filed: October 5, 2017<br>Trial date: Not Set |

Notice is hereby given that, subject to the Court's approval, defendants Enhanced Athlete, Inc. ("Enhanced Athlete") and Scott Cavell ("Cavell") substitute attorney Richard Grey, Law Office of Richard N. Grey, California State Bar No. 50657, as counsel of record for Enhanced Athlete and Cavell in the above-captioned action, in place of Rutan & Tucker, LLP and attorneys Michael Adams, Damon Mircheff and Brian Berggren.

/ / /

/ / /

The contact information for new counsel Richard Grey is:

Law Office of Richard N. Grey
6200 Canoga Ave. Ste. 101
Woodland Hills, California, 91367
telephone: 818-345-9780
facsimile: 818-479-9560
richard@greylaw.biz

**I CONSENT TO THE ABOVE SUBSTITUTION**

Dated: May _2_, 2018                    Enhanced Athlete, Inc.

                                        By: /s/
                                        Scott Cavell, its CEO

Dated: May _2_, 2018                      /s/
                                        Scott Cavell

Dated: May _8_, 2018                    Rutan & Tucker, LLP

                                        By: /s/
                                        Michael Adams
                                        Present attorneys for defendants
                                        Enhanced Athlete, Inc. and Scott
                                        Cavell

Dated: May _5_, 2018                    Law Office of Richard N. Grey

                                        By: /s/
                                        Richard N. Grey
                                        [Proposed] new attorney for
                                        defendants Enhanced Athlete, Inc. and
                                        Scott Cavell

[Order on following page]

1     The substitution of attorney is hereby approved.

2     IT IS SO ORDERED

3 Dated: May 11, 2018

                                          Troy L. Nunley
                                          United States District Judge