| | |
|---|---|
| 1 | Richard N. Grey (SBN 50657) |
| 2 | **LAW OFFICE OF RICHARD N. GREY**<br>6200 Canoga Avenue, Suite 101 |
| 3 | Woodland Hills, California 91367<br>Tel. (818) 345-9780 |
| 4 | Fax (818) 479-9560 |
| 5 | Attorney for Defendants,<br>ENHANCED ATHLETE, INC. and SCOTT CAVELL |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>Wyoming Corporation; GILMORE ENGINEERING, INC., an Unincorporated Association; SCOTT E. CAVELL, an individual; CHARLES ANTHONY HUGHES, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02069-TLN-KJN<br><br>Judge:  Hon. Troy L. Nunley<br>Magistrate:  Hon. Kendall J. Newman<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEYS FOR DEFENDANT ENHANCED ATHLETE, INC., SCOTT CAVELL, AND CHARLES ANTHONY HUGHES (LOCAL RULE 182(g))**<br><br>Action Filed:  October 5, 2017<br>Trial Date:      None |

**NOTICE IS HEREBY GIVEN** that, subject to the Court's approval, defendants Enhanced Athlete, Inc., Scott Cavell, and Charles Anthony Hughes (collectively, "Defendants") substitute attorney Antony R. Pizarro, Pizarro Law Firm, California State Bar Number 290860, as counsel of record for Defendants in the above-captioned action, in place of Law Office of Richard N. Grey and attorney Richard N. Grey.

The contact information for new counsel, Antony R. Pizarro, is:

Pizarro Law Firm
350 10th Avenue, Suite 1000
San Diego, California 92101
Tel. 619-431-0844 | Fax 619-331-2966
Email: antony@arpizarrolaw.com

-1-

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEYS

**I CONSENT TO THE ABOVE SUBSTITUTION.**

Dated: February 28, 2019          Enhanced Athlete, Inc.

                                  By: ___/s/_____
                                      Scott Cavell, CEO

Dated: February 28, 2019

                                  By: ___/s/_____
                                      Scott Cavell, an individual

Dated: February 28, 2019

                                  By: ___/s/_____
                                      Charles A. Hughes, an individual

Dated: February 28, 2019          Law Office of Richard N. Grey

                                  By: ____/s/_____
                                      Richard N. Grey
                                      Counsel for Defendants,
                                      Enhanced Athlete, Inc. and Scott Cavell

Dated: February 28, 2019          Pizarro Law Firm

                                  By: ____/s/_____
                                      Antony R. Pizarro
                                      [Proposed] New Counsel for Defendants,
                                      Enhanced Athlete, Inc., Scott Cavell,
                                      and Charles A. Hughes

The substitution of attorney is hereby approved.

**IT IS SO ORDERED.**

Dated: March 7, 2019

_____
Troy L. Nunley
United States District Judge