Antony R. Pizarro, Esq. (SBN 290860)
*antony@arpizarrolaw.com*
**PIZARRO LAW FIRM**
350 10th Avenue, Suite 1000
San Diego, California 92101
Tel. (619) 431-0844
Fax (619) 331-2966

Attorney for Defendants,
ENHANCED ATHLETE, INC., SCOTT E. CAVELL,
and CHARLES ANTHONY HUGHES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION, LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ENHANCED ATHLETE, INC., a Wyoming Corporation; GILMORE ENGINEERING, INC., an Unincorporated Association; SCOTT E. CAVELL, an individual; CHARLES ANTHONY HUGHES, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02069-TLN-KJN<br><br>Judge: Hon. Troy L. Nunley<br>Magistrate: Hon. Kendall J. Newman<br><br>**ORDER SETTING ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT CHARLES ANTHONY HUGHES** |

WHEREAS, Plaintiff NUTRITION DISTRIBUTION, LLC ("Nutrition Distribution") and Defendant CHARLES ANTHONY HUGHES ("Hughes"), through their respective counsel, have stipulated to set aside the default entered against Hughes on June 26, 2018.

/ / /

-1-

ORDER SETTING ASIDE ENTRY OF DEFAULT

BASED THEREON, the Court finds that GOOD CAUSE exists to set aside the Clerk's entry of default against Hughes. The Court ORDERS that the default entered on June 26, 2018 is vacated. Hughes is ORDERED to file a responsive pleading by no later than ten (10) days from the date of this order.

IT IS SO ORDERED.

Dated: March 28, 2019

_____
Troy L. Nunley
United States District Judge

-2-
ORDER SETTING ASIDE ENTRY OF DEFAULT